CLERK'S OFFICE
U.S. DISTRICT COURT
AT ROANOKE, VA
FILED
July 28, 2025
LAURA A. AUSTIN, CLERK
BY: s/ M.Poff, Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| SETH D. PALMER, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 7:24-cv-00272 |
| | ) | |
| v. | ) | **MEMORANDUM OPINION** |
| | ) | |
| PATRICK COUNTY SHERRIFS | ) | By:    Hon. Thomas T. Cullen |
| OFFICE, *et al.*, | ) | United States District Judge |
| | ) | |
| Defendants. | ) | |

Plaintiff Seth D. Palmer, proceeding *pro se*, filed this civil-rights action under 42 U.S.C. § 1983 against the Patrick County Sheriff's Office and four deputies employed at that office. (*See* ECF No. 1.) By order entered on April 22, 2024, the court advised Plaintiff that he must notify the Court in writing immediately upon his transfer or release and provide the court with his new address. (ECF No. 3, at 2.) The court cautioned Plaintiff that the failure to notify the court of such a change of address would result in dismissal of this action. (*Id.*)

On October 17, 2024, an order mailed to the Patrick County Jail, where Plaintiff was previously housed, was returned to the court as undeliverable, along with a letter from the Patrick County Sheriff's Office informing the court that Plaintiff had been released from the Patrick County Jail and was in the custody of the Virginia Department of Corrections at the Patrick Henry Correctional Unit in Ridgeway, Virginia. (*See* ECF No. 17.) Plaintiff never notified the court of his transfer or change in address himself. And later, upon Plaintiff's apparent release from incarceration, Plaintiff did not notify the court of his release or offer an updated mailing address.

On June 20, 2025, the court ordered Plaintiff to file a response showing good cause for his failure to keep the court of his current address as ordered. (*See* ECF No. 29.) The court further ordered to pay the full filing fee given that he was no longer incarcerated and subject to the fee-payment provisions of the Prison Litigation Reform Act. (*See id.*) The court cautioned Plaintiff that his failure to file a response demonstrating good cause as to his failure to update his address or to pay the full filing fee within 30 days would result in the dismissal of this action under Federal Rule of Civil Procedure 41(b) for failure to comply with the court's order and/or failure to prosecution this case. (*Id.*)

The June 20, 2025 order was subsequently returned to the court as undeliverable as well, and Plaintiff never filed a response or paid the filing fee. As it stands, Plaintiff has not filed anything in this action or otherwise interacted with the court concerning this matter in over a year. For this reason and due to his multiple failures to comply with the court's orders, the court will **DISMISS** this action **WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(b).

The Clerk is directed to send a copy of this Order to Plaintiff at his last known address.

**ENTERED** this 28th day of July, 2025.


*/s/ Thomas T. Cullen*
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE